```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

ROBERT WHITE, et ux.            *

     Plaintiffs              *

      vs.                   *   CIVIL ACTION NO. MJG-13-228

SEARS, ROEBUCK AND CO.          *

     Defendant and           *
     Third-Party Plaintiff
                         *

      vs.
                         *

CORECENTRIC SOLUTIONS, INC.,
as successor-in-interest to     *
CG Industries, Limited
                         *

     Third-Party Defendant
\*   \*   \*   \*   \*   \*   \*   \*   \*

<u>MEMORANDUM AND ORDER</u>

     The Court has before it the Motion to Dismiss Sears Authorized Hometown Stores, LLC and Sears Protection Company [Document 10] to which no timely opposition has been filed. The motion appears meritorious and is unopposed. Under these circumstances, the Court will grant the motion.

     Accordingly:

         1.   Motion to Dismiss Sears Authorized Hometown Stores, LLC and Sears Protection Company [Document 10] is GRANTED.

         2.   All claims against Defendants Sears Authorized Hometown Stores, LLC (improperly sued as Sears Home Appliance Showrooms) and Sears Protection Company are DISMISSED WITH PREJUDICE.

3.  The case caption is hereby changed as set forth hereon.

SO ORDERED, on Wednesday, April 3, 2013.

/s/
Marvin J. Garbis
United States District Judge